# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI LYNN STARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01223-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 10) |

　　　　Before the Court is the parties' stipulation for an extension of time in which Defendant may respond to Plaintiff's complaint. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through January 16, 2026, to respond to Plaintiff's complaint. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated:　**November 17, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge