# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI LYNN STARK, | Case No. 1:25-cv-01223-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

Plaintiff Kerri Lynn Stark commenced this action on September 17, 2025, challenging the Commissioner of Social Security's final decision, denying her application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 7, 8, 9.) On May 7, 2026, the parties filed a stipulation to remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 17);

2. All pending dates and matters are VACATED; and

/ / /

3.      Judgment shall be ENTERED in favor of Plaintiff Kerri Lynn Stark and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **May 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2