# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI LYNN STARK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01223-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 22) |

On August 12, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d). (ECF No. 22.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of SIX THOUSAND AND 00/100 ($6,000.00) as authorized by 28 U.S.C. § 2412(d). The Clerk of the Court is DIRECTED to terminate ECF No. 20 as MOOT.

IT IS SO ORDERED.

Dated: **August 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge